BRIAN J. STRETCH (CABN 16373)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7223
    FAX: (415) 436-7234
    tom.colthurst@usdoj.gov

Attorneys for United States of America

**FILED**

SEP 29 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 82-CR-00561-SC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| LUIS ENRIQUE OTOYA-TOBAN, MARIO OTOYA-TOBAN, JAIME RAMIREZ, HERNANDO ARANA, AND EDUARDO GARRIDO PONCE-DE-LEON, | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above superseding indictment as to the following defendants (and only these defendants), and moves that the Court quash the arrest warrants

////

////

////

NOTICE OF DISMISSAL
Case No. 82-cr-00561-SC

NOTICE OF DISMISSAL

for these defendants issued in connection with this case: Luis Enrique Otoya-Toban (defendant 3), Mario Otoya-Toban (defendant 5), Hernando Arana (defendant 7), Jaime Ramirez (defendant 9), and Eduardo Garrido Ponce-De-Leon (defendant 11).

DATED: September 25, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 82-cr-00561-SC

ORDER

Leave is granted to the government to dismiss the superseding indictment as to the following defendants: Luis Enrique Otoya-Tobon (defendant 3), Mario Otoya-Tobon (defendant 5), Hernando Arana (defendant 7), Jaime Ramirez (defendant 9), and Eduardo Garrido Ponce-De-Leon (defendant 11). It is further ordered that the arrest warrants for these defendants issued in connection with this case are quashed.

Date: 9/28/17

THE HONORABLE EDWARD M. CHEN
United States District Judge